THOMAS C. CLARK, Appellant, *v.* JAMES DONALDSON, Respondent.

(Argued January 31, 1876 ; decided February 8, 1876.)

THIS appeal presented questions simply as to the reception and rejection of evidence, which were disposed of, principally by a consideration of the circumstances of the case.

*Thomas Nolan* for the appellant.

*Francis Tillou* for the respondent.

ANDREWS, J., reads for affirmance.
All concur.
Judgment affirmed.